O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LUIS VALADEZ,<br><br>        Petitioner,<br><br>    v.<br><br>CYNTHIA Y. TAMPKINS,<br>Warden,<br><br>        Respondent. | Case No. CV 15-3976-JGB (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and First Amended Petition are denied and this action is dismissed with prejudice.

DATED: January 16, 2020

                                  JESUS G. BERNAL
                                  U.S. DISTRICT JUDGE